1  THE TERRELL LAW GROUP
   REGINALD TERRELL SB#127874
2  223 25th Street
   Richmond, CA 94804
3  Telephone: 510-237-9700
   Facsimile: 510-237-4616
4
   AMAMGBO & ASSOCIATES
5  DONALD AMAMGBO
   7901 Oakport Street, Suite 4900
6  Oakland, CA 94621
   Telephone: 510-615-6000
7  Facsimile: 510-615-6025

8  BLACKWELL & BLACKWELL
   JUDITH BLACKWELL
9  584 Valla Vista Avenue
   Oakland, CA 9410
10 Telephone: 510-689-8888
   Facsimile: 510- 835-2848
11

12 Attorneys for Plaintiff

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 | GEORGIA STREET APPLIANCES, on       | Case No.:
17 | behalf of itself and all others similarly |
   | situated,                            |
18 |              Plaintiff,              | **NOTICE OF RELATED ACTION**
19 |                                      |
   |     v.                               |
20 |                                      |
   | OUTOKUMPU OYJ; OUTOKUMPU             |
21 | COPPER PRODUCTS OY; OUTOKUMPU        |
   | COPPER (U.S.A.), INC.; OUTOKUMPU     |
22 | COPPER FRANKLIN, INC.; OUTOKUMPU     |
   | HEATCRAFT USA, LLC; MUELLER          |
23 | INDUSTRIES, INCREASE.; MUELLER       |
   | EUROPE, LTD.; WIELAND WERKE AG;      |
24 | KM EUROPA METAL AG;                  |
   | TREFIMETAUX SA; EUROPA METALLI       |
25 | SpA.; and DOES 1-100,                |
26 |              Defendants.             |

27

28

                                1
                    NOTICE OF RELATED ACTION

| | |
|---|---|
| 1 | **NOTICE OF RELATED ACTION** |
| 2 | TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD: |
| 3 | NOTICE IS HEREBY GIVEN that this action is related to 3:06-cv-04528-MJJ |
| 4 | <u>Carpinelli et al v. Boliden AB et al</u>. |

DATED: 5/8/07

By: *[signature] Reginald Terrell*

THE TERRELL LAW GROUP
AMAMGBO & ASSOCIATES
BLACKWELL & BLACKWELL

THE TERRELL LAW GROUP
REGINALD TERRELL SB#127874
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

BLACKWELL & BLACKWELL
JUDITH BLACKWELL
584 Valla Vista Avenue
Oakland, CA 9410
Telephone: 510-689-8888
Facsimile: 510-835-2848

Attorneys for Plaintiff
Georgia Street Appliances