1  REGINALD TERRELL (SB# 127874)
   THE TERRELL LAW GROUP
2  223 25th Street
   Richmond, CA 94804
3  Telephone:  510-237-9700
   Facsimile:  510-237-4616

4
   C. Donald Amamgbo, Esq. (SB# 164716)
5  AMAMGBO & ASSOCIATES, PLC
   1940 Embarcadero
6  Oakland, CA 94606
   Telephone:  510-434-7800
7  Facsimile:  510-434-7804

8  BLACKWELL & BLACKWELL
   Judith Blackwell
9  584 Valla Vista Avenue
   Oakland, CA 94610
10 Telephone:  510-689-8888
   Facsimile:  510-835-2848

11
   LAW OFFICES OF NWAJEI & COMPANY
12 Lawrence D. Nwajei
   4221 Wilshire Blvd., Suite 392
13 Los Angeles, CA 90010
   Telephone:  323-549-0201
14 Facsimile:  323-549-0211

15
   Attorneys for Plaintiffs
16

17             UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA

19 ARLEEN ROVERE, individually and)  Case No.:  C07-1832 JCS
   on behalf of all others        )
20 similarly situated,            )
                                  )
21 Plaintiff,                     )  NOTICE OF RELATED ACTION
                                  )
22 v.                             )
                                  )
23                                )
   RAMBUS, INC., ET AL.,          )
24                                )
   Defendants.                    )
25                                )
   _____ )

                   NOTICE OF RELATED CASE - 1

1                                    )
                                     )
2    _____)

3

4        TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

5    This action is related to In re Rambus Antitrust Litigation

6    5;06-cv-04852-RMW

7    Dated:  5-11-2007               TERRELL LAW GROUP

8

9                            By: _Reginald Terrell_

10                               Reginald Terrell

11                               TERRELL LAW GROUP
                                 REGINALD TERRELL, SB#127874
12                               223 25th Street
                                 Richmond, CA 94804
13                               Telephone:  510-237-9700
                                 Facsimile:  510-237-4616
14
                                 C. Donald Amamgbo, SB#164716
15                               AMAMGBO & ASSOCIATES
                                 1940 Embarcadero
16                               Oakland, CA 94606
                                 Telephone:  510-434-7800
17                               Facsimile:  510-231-0780

18                               BLACKWELL & BLACKWELL
                                 Judith Blackwell
19                               584 Valla Vista Avenue
                                 Oakland, CA 94610
20                               Telephone:  510-689-8888
                                 Facsimile:  510-835-2848
21
                                 LAW OFFICES OF NWAJEI &
22                               COMPANY
                                 Lawrence D. Nwajei
23                               4221 Wilshire Blvd., Suite
                                 392
24                               Los Angeles, CA 90010
                                 Telephone:  323-549-0201
25                               Facsimile:  323-549-0211

                    NOTICE OF RELATED CASE - 2