UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN ROVERE, | No. C 07-01832 (JCS) |
|     Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| RAMBUS, INC., | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for July 6, 2007, at 1:30 p.m., has been reset to **August 3, 2007, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by **July 27, 2007**. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: June 21, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy