**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364


July 16, 2007

CASE NUMBER:  CV 07-01832 JCS
CASE TITLE:  ARLEEN ROVERE-v-RAMBUS, INC.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:  7/16/2007

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:    7/16/2007

| Copies to: Courtroom Deputies | | Special Projects | |
| --- | --- | --- | --- |
| Log Book Noted | 7/16/2007 | Entered in Computer | 7/16/2007 |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | 7/16/2007 | Transferor CSA | 7/16/2007bjw |
| --- | --- | --- | --- |